In the Matter of LENORE F. MOORE, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the Members of the State Liquor Authority of the State of New York, Respondents.—Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *post*, p. 926.]

■

GEORGE STERN, Appellant, v. PESTI MAGYAR KERESKEDELMI BANK, Respondent.— Judgment and order unanimously reversed, with costs of this appeal to the appellant, and the verdict and the judgment entered thereon, in favor of plaintiff, reinstated. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

HANS P. KRAUS, Appellant, v. KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N. V. (ROYAL DUTCH AIRLINES), Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA MAE COLEMAN, Defendant, and ADA FULLER, Appellant.— Judgment unanimously modified so as to reduce the sentence to thirty days and, as so modified, affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUY SCIELZO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANDOLPH REALTY CORP., Appellant-Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [17 E. 57th St., Borough of Manhattan.] THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLSON REALTY CORP., Appellant-Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [11–13 E. 57th St. and 18–20 E. 58th St., Borough of Manhattan.] —Orders unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER SPIGNER, Appellant.— Judgment reversed and the information dismissed upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.; Dore and Callahan, JJ., dissent and vote to modify the judgment so as to affirm the conviction of assault under the first count of the information but reverse the conviction of unlawfully possessing a weapon under the second and third counts of the information and to dismiss the second and third counts.